IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HANKLEN GIBSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:07-CV-0490-L** |
| § | |
| **DALLAS COUNTY JAIL SYSTEM, et. al.,** § | |
| § | |
| Defendants. § | |

# ORDER

This is a civil rights action brought under 42 U.S.C. § 1983 by a *pro se* plaintiff who was incarcerated within the Dallas County Jail system. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On April 20, 2007, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed, to which no objections were filed.[*]

After making an independent review of the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings of the magistrate judge are correct in recommending dismissal of this action for failure to state a claim for

---

[*]A copy of the magistrate judge's Report was mailed to Plaintiff at his address of incarceration; however, the Report was returned undeliverable, and the Dallas County Sheriff's Department indicated that he is no longer in the custody of the Dallas County Jail. Plaintiff has not notified this court of any changes in address, pursuant to Local Rules 83.13, 83.14.

**Order – Page 1**

which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B). The findings are, therefore, **accepted** as those of the court. Accordingly, this case is hereby **dismissed without prejudice**.

**It is so ordered** this 31st day of May, 2007.

_____
Sam A. Lindsay
United States District Judge